United States District Court
Eastern District of California

Juan Carlos Zepeda Juarez

Plaintiff(s)

V.

Polly Kaiser et al

Defendant(s)

Case Number: 1:26-cv-6006 TLN CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mari Alvarado hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Juan Carlos Zepeda Juarez

On 05/26/2015 (date), I was admitted to practice and presently in good standing in the UTAH SUPREME COURT (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Lidia Hernandez, Case number unknown as it is being concurrently filed

This Application is Pending 1:26-cv-05579-DJC-CSK

Date: 7/30/2026

Signature of Applicant: /s/ Mari Alvarado

**Pro Hac Vice Attorney**

Applicant's Name: Mari Alvarado

Law Firm Name: ALVARADO TSOSIE & HAKES, PLLC

Address: 825 S 220 E

City: OREM State: UT Zip: 84058

Phone Number w/Area Code: (801) 375-0301

City and State of Residence: Provo Utah

Primary E-mail Address: mari@ath.law

Secondary E-mail Address: brixton@ath.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mihret Getabicha

Law Firm Name: California Labor Employment & Immigration Law Practice, P.C.

Address: 8885 Rio San Diego Dr Unit 237

City: San Diego State: CA Zip: 92108

Phone Number w/Area Code: (619) 923-4249 Bar # 326787

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/31/2026

JUDGE, U.S. DISTRICT COURT

AO 136

## CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

## District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Mari Alvarado

Bar # **15445**, was duly admitted to practice in this Court on 5/26/2015, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on July 27, 2026

Gary P. Serdar
*Clerk*

*(By) Deputy Clerk*